*9 Buch.* Allman *v.* United Brotherhood Carpenters and Joiners.

*Mr. Mark A. Sullivan* and *Mr. Robert H. Griffin* (of the New York bar), for the appellants.

*Mr. Halsey M. Barrett, Mr. William J. Magie, Mr. John R. Hardin* and *Mr. Joseph D. Lee* (of the New York bar), for the respondent.

PER CURIAM.

---

MICHAEL ALLMAN et al., appellants,

*v.*

UNITED BROTHERHOOD OF CARPENTERS AND JOINERS, &c., respondents.

[Argued November 22d, 1911. Decided March 4th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker, whose opinion is reported *ante p. 150.*

*Mr. Samuel F. Leber,* for the appellants.

*Mr. Henry Carless,* for the respondents.

41

PER .CURIAM.

The order appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE—13.

*For reversal*—None.